DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**W.S.,** a Child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-135

[September 7, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 50-2020-CJ-001170-XXXX-WB.

Carey Haughwout, Public Defender, and Erika Follmer, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

W.S., a juvenile, ("appellant") appeals a trial court's final order withholding adjudication of delinquency for one count of petit theft following an adjudicatory hearing. We have reviewed the record, and we grant appellate counsel's motion to withdraw filed pursuant to *Anders v. California*, 386 U.S. 738 (1967). We affirm the order withholding adjudication and imposing a term of probation.

However, we remand with directions to correct two scrivener's errors in the disposition order. First, although the trial court orally granted defense counsel's request that appellant would not be subject to a curfew, the disposition order nevertheless imposes a 7:00 p.m. curfew. Second, the disposition order lists appellant's incorrect age. Appellant was 14 years old at the time of the hearing, but the order lists her age as 13. *See Simmons v. State*, 106 So. 3d 507 (Fla. 4th DCA 2013) (affirming in an *Anders* appeal but remanding in order to correct a scrivener's error in the judgment).

*Affirmed and remanded with instructions.*

KLINGENSMITH, C.J., WARNER and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***